In the Matter of the Application of Walter Pendleton, Appellant, for an Order Directing the Issuance of a Writ of Mandamus against John F. O'Brien, Secretary of State, Respondent.—Decision amended so as to read as follows: "Order affirmed, and the writ refused on a question of law only, with costs. Opinion by CHESTER, J. All concurred." (Reported in 114 App. Div. 890.)

------

FIRST DEPARTMENT, DECEMBER, 1906.

Manufacturers' Commercial Company, Respondent, v. Frank E. Anderson, Appellant.

*Injunction pendente lite sustained.*

Appeal from an order continuing a preliminary injunction restraining the defendant from disposing of or in any way interfering with a certain patent and from granting any licenses or rights thereunder *pendente lite.*

PER CURIAM: Without passing upon the merits involved in this litigation we are satisfied that sufficient facts were presented to the Special Term to call for the exercise of its discretion in determining whether the existing conditions should be preserved until the trial, and that there was no abuse of the discretion in. granting the injunction *pendente lite.* The order appealed from should, therefore, be affirmed, with ten dollars costs and disbursements to the respondent. Present — Patterson, P. J., Ingraham, McLaughlin, Clarke and Houghton, JJ. Order affirmed, with ten dollars costs and disbursements. Order filed.

Sarah D. Lewis, Appellant, v. John A. Lewis and Rosetta L. Hodgman, as Trustee under an Instrument dated January 5, 1898, Respondents, Impleaded with Others.

*Appeal — unnecessary adjudications in judgment dismissing complaint struck out on appeal.*

Appeal from a judgment dismissing the complaint in an action to compel specific performance of a separation agreement.

PER CURIAM: We are in entire accord with the conclusion reached by the learned judge at Special Term and agree that the complaint should be dismissed. The judgment, however, as entered might prove embarrassing, if not conclusive, if any further action as suggested should be instituted by reason of certain unnecessary adjudications therein contained. The judgment should, therefore, be modified by striking out all of its provisions after the recitals and inserting in lieu thereof, "It is adjudged that the complaint be and the same is hereby dismissed, without costs to any party against the other," and as modified affirmed, without costs. Present — Patterson, P. J., Ingraham, McLaughlin, Laughlin and Clarke, JJ. Judgment modified as directed in opinion and as modified affirmed, without costs. Order filed.

The People of the State of New York, Respondent, v. Abe Gelula, Appellant.

*Crime — conviction of forgery sustained.*

Appeal by the defendant from a judgment of conviction of the crime of forgery in the second degree rendered against him on the 15th day of December, 1905, in the Court of General Sessions of the Peace in and for the county of New York.

HOUGHTON, J.: The defendant was indicted for forging and uttering a check of his former employer, Louis Segall, upon which he obtained the sum of $100,